ROBERT WILSON, Appellant, v. GEORGE C. RILEY et al., Respondents.— 
 All concur. (Appeal from a judgment dismissing
plaintiff's complaint in a mechanic's lien foreclosure.) Present — Taylor, P. J.,
McCurn, Vaughan, Piper and Wheeler, JJ.

FLORENCE G. SCHAFER, Appellant, v. LESTER G. BOYSEN, Respondent.— 
 All concur. (Appeal from an order
of Cayuga County Court, HEWITT, J., dismissing petitioner's appeal from an
order of Auburn City Court, ROONEY, J., which dismissed the petition.) Present
— Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

THOMAS FERGUSON, an Infant, by CHARLES FERGUSON, His Guardian
ad Litem, Respondent, v. HELEN PAYNE, Defendant, and ERNEST MEGERELL, as
Trustee of Lee School District No. 4, Appellant.— 
 Memorandum: We think under the evidence in this case
that it was error to deny the defendant's motion for a nonsuit. In our view, no
negligence is established by reason of the defendant's failure to establish rules
for the playground (see *Hoose* v. *Drumm*, 281 N. Y. 54; *Peterson* v. *City of
New York*, 267 N. Y. 204). Moreover, the evidence here does not establish that
failure to adopt rules is the proximate cause of the accident. We conclude, also,
that the record contains no evidence upon which a jury might properly find
that the playground was maintained in a negligent or dangerous condition. All
concur. (Appeal from a judgment for plaintiff in a negligence action. One
order denies defendant's motion for a new trial; one order denies a motion to
dismiss.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

CHARLOTTE LEZYNSKI, as Administratrix of the Estate of PETER LEZYNSKI,
Deceased, Appellant, v. WILLIAM J. J. KUNZIE, Respondent.— 
 All concur. (Appeal from
a judgment dismissing the complaint in an action to recover damages alleged to
have been sustained by plaintiff by reason of negligence by committee of an
incompetent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and
Wheeler, JJ. [See *post*, p. 1134.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNSWORTH, Appel-
lant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respond-
ent.— 
 All concur. (Appeal from an order dismissing a writ of
habeas corpus and remanding relator to the custody of defendant.) Present —
Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.